IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Barry M Orlyn - #037228

_____/

## ORDER TO SHOW CAUSE

It appearing that Barry M Orlyn has been suspended for two years by the Supreme Court of California effective April 23, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before June 21, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Barry M Orlyn
Attorney At Law
P O Box 45257
Los Angeles, CA 90045