**FILED**

JUL -6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80107 MISC VRW

Barry M Orlyn,
                                     ORDER
    State Bar No 037228
_____/

    On May 11, 2010, the court issued an order to show cause (OSC) why Barry M Orlyn should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension for two years by the Supreme Court of California, effective June 21, 2010.

    The OSC was mailed to Mr Orlyn's address of record with the State Bar on May 13, 2010. A written response was due on or before June 21, 2010. No response to the OSC has been filed as of this date.

    The court now orders Barry M Orlyn removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Barry M Orlyn

_____/

Case Number: C10-80107 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barry M Orlyn
PO Box 45257
Los Angeles, CA 90045

Dated: July 6, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*